IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>TANGOME, INC.<br><br>                      Defendant. | C.A. No. 11-cv-1092-LPS-CJB |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC, ("Pragmatus") and TangoMe, Inc. ("Tango"), having entered into a settlement and license agreement and each having executed the agreement, hereby stipulate to:

    (1) Dismissal with prejudice of all of Pragmatus' claims against Tango in this action; and

    (2) Dismissal with prejudice of all of Tango's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

                                                                             Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Brian E. Farnan* | */s/ Jason J. Rawnsley* |
| Brian E. Farnan (#4089) | Jeffrey L. Moyer (#3309) |
| 919 North Market Street | Jason J. Rawnsley (#5379) |
| 12th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 777-0300 | (302) 651-7700 |
| bfarnan@farnanlaw.com | moyer@rlf.com |
| | rawnsley@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Leonard P. Stark